**In the Interest of E.J., JR., C.J., and S.J.**

**Nos. WD 67166, WD 67167, WD 67168.**

Missouri Court of Appeals, Western District.

Feb. 20, 2007.

Laura Higgins Tyler, Kansas City, for appellant.

Lori Lee Stipp, Katherine Jean Rodgers, Kansas City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

E.J., Sr., appeals the circuit court's judgment terminating his rights to parent his children, E.J., Jr., C.J., and S.J. We affirm. Rule 84.16(b).